```
FILED
CLERK, U.S. DISTRICT COURT
8/12/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARIO ALBERT CASTILLO-ORTEGA,<br><br>　　　　Defendant. | EDCR 5:25-CR-00261-JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 111(a)(1), (b):<br>Assault on Federal Officer with a<br>Deadly and Dangerous Weapon] |

　　The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), (b)]

　　On or about July 7, 2025, in Riverside County, within the Central District of California, defendant MARIO ALBERT CASTILLO-ORTEGA intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victims M.T. and D.R., employees of the Department of Homeland Security, United States Immigration and Customs Enforcement, while M.T. and D.R. were engaged

///

///

in, and on account of, the performance of M.T. and D.R.'s official duties, and in doing so made physical contact with M.T. and D.R., and used a deadly and dangerous weapon, namely, a car.

                                        A TRUE BILL


                                        /S/_____
                                        Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

*Christina Shay* (signature)

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

JOHN A. BALLA
Assistant United States Attorney
Acting Chief, Riverside Office

SONAH LEE
Assistant United States Attorney
Riverside Office

2