UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No.: 5:25-cr-00261-JGB | Date: 8/19/2025 |
| Present: The Honorable: David T. Bristow, United States Magistrate Judge | |
| Interpreter | Language |

| Rachel Maurice | CS 08/19/2025 | Sonah Lee |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | ✓ Present | In Custody | Attorneys for Defendants: | Present | DFPD |
|---|---|---|---|---|---|
| Mario Albert Castillo-Ortega | | | Jessaka Menzie | | |

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Court finds that the defendant is able to understand and comprehend the proceeding taking place.
* Court asks the assistant United States attorney to summarize the charges against the defendant and the possible penalties.
* Court asks whether the defendant formally waives a detailed reading of the Indictment, and defendant waives reading thereof.
* Court acknowledges waiver of a detailed reading of the Indictment and ascertains that the defendant understands the nature of the charges and the possible penalties.
* This case is assigned to Judge Jesus G. Bernal.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/7/2025 9:00 AM; Status Conference: 9/22/2025 2:00 PM; Motion Hearing: 9/22/2025 2:00 PM
* Government counsel provides trial estimate of 2-3 days.
* Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
* The parties are referred to Judge Bernal's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.
Judge Bernal is located in 1, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

| cc: | PSALA | PSAED | PSASA | | |
|---|---|---|---|---|---|
| | USMLA | ✓ USMED | USMSA | Initial Appearance/Appointment of Counsel: | : 0 |
| | Statistics Clerk | | Interpreter | Arraignment: | : 06 |
| | CJA Supervising Attorney | | Fiscal | Initials of Deputy Clerk: | RAM |