BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone:  (951) 276-6924
     Facsimile:  (951) 276-6202
     Email:      sonah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 25-00261-JGB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| MARIO ALBERT CASTILLO-ORTEGA, | |
| Defendant. | |

     The Court has read and considered the government's motion to dismiss the indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).  The Court finds that there is good cause to dismiss the indictment in the interests of justice.

//

//

//

//

//

//

//

Accordingly, IT IS HEREBY ORDERED that the indictment is dismissed without prejudice against defendant in the interest of justice.  Defendant's bond shall be exonerated and any terms and conditions of pretrial release shall be terminated.

IT IS SO ORDERED.

_____          _____
 DATE                                     HONORABLE JESUS G. BERNAL
                                          UNITED STATES DISTRICT JUDGE

Presented by:

____/s/_____
SONAH LEE
Assistant United States Attorney